**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TERESE MARIE MEADOWS,                                                                                    PLAINTIFF
ADC #707979

v.                                       NO. 1:14CV00114 JLH-JTR

JOHN MAPLES, JR., Former Warden,
McPherson Unit, ADC, *et al.*                                                                         DEFENDANTS

## ORDER

Terese Marie Meadows has filed this *pro se* § 1983 action alleging that defendants violated her constitutional rights. On October 6, 2014, the Court gave Meadows thirty days to file an application to proceed *in forma pauperis* and a substituted complaint. Importantly, the Court advised Meadows that, if she failed to timely do so, this case would be dismissed due to a lack of prosecution. Document #2.

As of today's date, Meadows has not complied with the October 6, 2014 Order, and the time for doing so has expired. Therefore, this case is dismissed without prejudice due to a lack of prosecution. Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 12th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE