**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| TERESE MARIE MEADOWS, ADC #707979 | PLAINTIFF |
| v. NO. 1:14CV00114 JLH-JTR | |
| JOHN MAPLES, JR., Former Warden, McPherson Unit, ADC, *et al.* | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice due to a lack of prosecution. This action is terminated, and the Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 12th day of November, 2014.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE